**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANNEMARIE "ANNIE" DAMICO** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 25-2408** |
| | : | |
| **VARIETY THE CHILDRENS CHARITY** | : | |
| **OF THE DELAWARE VALLEY** | : | |

## <u>ORDER</u>

This 27th day of April, 2026, for the reasons set forth in the accompanying memorandum,

it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF 15, is **GRANTED.**


 /s/ Gerald Austin McHugh
United States District Judge